## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

FILED

12 MAR 14 PM 2:06

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIF.

BY:        DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS HUMBERTO DE LA CRUZ-<br>ARCHILA (1),<br><br>Defendant. | CASE NO. 12CR0674-BEN<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_  the Court has dismissed the case for unnecessary delay; or

_X_  the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_  the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_  a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

18:911 - False Claim to United States Citizenship

---

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: MARCH 8, 2012

Bernard G. Skomal
U.S. Magistrate Judge